**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| THERESE GIAMPIETRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Removed from 2022L064009 |
| | ) | |
| TARGET CORPORATION, d/b/a | ) | **Jury Demand** |
| TARGET STORE T-2081, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

TARGET CORPORATION, the Defendant in the above-entitled cause, seeks removal from the Circuit Court of Cook County and to the United States District Court, Northern District of Illinois, Eastern Division and, in support thereof, allege as follows:

1. This action was commenced against TARGET CORPORATION, in the Circuit Court of Cook County, Illinois on 7/12/22. A copy of Plaintiff's Complaint was served upon Defendant TARGET CORPORATION on 8/5/22.

2. At the time the action was commenced and since then, Plaintiff was and is a citizen of the State of Illinois and Defendant, TARGET CORPORATION, was and is a corporation organized and existing under the laws of the State of Minnesota with its principal place of business in Minneapolis, Minnesota.

3. The amount in controversy exceeds $75,000.00 exclusive of interest and costs, as appears from Plaintiff's Complaint at Law. (A copy of which is attached hereto and incorporated herein by reference in this Notice as Exhibit "A"). Plaintiff THERESE GIAMPIETRO allegedly suffered and continues to suffer from economic damages and non-economic damages from physical injuries, pain and suffering, mental anguish and emotional distress. In the Complaint, Plaintiff has also demanded judgment against Defendant in an amount in excess of $100,000.00 plus costs. On 8/30/22, counsel for

Plaintiff advised defense counsel via email that some of Plaintiff's injuries have not been fully treated and may require surgery, so he could not stipulate that Plaintiff's damages were below $75,000.00 to keep the case in state court, but expressed no objection to removal. (A copy of which is attached hereto and incorporated by reference as Exhibit "B").

    4.    This action is a civil one of which the United States District Courts have original jurisdiction under 28 USC § 1332.

    5.    Defendant attaches to this notice, copies of all process, pleadings, and orders that have been served on it. (Copies of which are attached hereto and incorporated by reference as Exhibit "C").

WHEREFORE, Defendant, TARGET CORPORATION, prays that this cause be removed to the United States District Court for the Northern District of Illinois.

                                  **DOWNEY & LENKOV LLC**

                                  TARGET CORPORATION

                      By:    */s/Christopher M. Puckelwartz*
                              One of Defendant's Attorneys

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
DOWNEY & LENKOV LLC
30 North LaSalle Street, Suite 3600
Chicago, IL 60602
P: 312.377.1501
F: 312.377.1502
E: rlenkov@dl-firm.com
E: cpuckelwartz@dl-firm.com

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF COOK | ) |

Christopher M. Puckelwartz, being first duly sworn on oath, deposes and says that:

1. He is one of the attorneys for Defendant in this cause;

2. He has prepared and read the notice of removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3. The facts and allegations contained in the notice of removal are true and correct.

                                                  **DOWNEY & LENKOV LLC**

                                                  TARGET CORPORATION

                                  By:    */s/Christopher M. Puckelwartz*
                                                     One of Defendant's Attorneys

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
DOWNEY & LENKOV LLC
30 North LaSalle Street, Suite 3600
Chicago, IL 60602
P: 312.377.1501
F: 312.377.1502
E: rlenkov@dl-firm.com
E: cpuckelwartz@dl-firm.com