

**CT Corporation**
**Service of Process Notification**
08/05/2022
CT Log Number 542062971

## Service of Process Transmittal Summary

**TO:** CATHY SCHUDA
Target Corporation
1000 NICOLLET MALL, MS: TPS-3155
MINNEAPOLIS, MN 55403-2542

**RE:** **Process Served in Illinois**

**FOR:** Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: THERESE GIAMPIETRO // To: Target Corporation |
| **CASE #:** | 2022L064009 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, Chicago, IL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/05/2022 at 04:31 |
| **JURISDICTION SERVED:** | Illinois |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/05/2022, Expected Purge Date: 08/10/2022 |
| | Image SOP |
| | Email Notification, Non Employee Litigation Target  gl.legal@target.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604
877-564-7529
MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**EXHIBIT C**

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT <br> Cook COUNTY | SUMMONS | For Court Use Only <br> FILED <br> 7/27/2022 6:03 PM <br> IRIS Y. MARTINEZ <br> CIRCUIT CLERK <br> COOK COUNTY, IL <br> 2022L064009 <br> Calendar, L <br> 18851697 |
|---|---|---|
| **Instructions ▼** <br> Enter above the county name where the case was filed. | Therese Giampetro <br> **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. | |
| Enter the Case Number given by the Circuit Clerk. | Target Corporation d/b/a Target Store-2081 <br> **Defendant / Respondent** *(First, middle, last name)* | 2022 L 064009 <br> **Case Number** |

| | |
|---|---|
| In 1, if your lawsuit is for money, enter the amount of money you seek from the Defendant/ Respondent. | **1. Information about the lawsuit:** <br> Amount claimed: $ 100,000.00 |
| In 2, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form. | **2. Contact information for the Plaintiff/Petitioner:** <br> Name *(First, Middle, Last):* Frank J. Del Medico, Esq. <br> Street Address, Apt #: 2625 West Butterfield Road, Suite 138S <br> City, State, ZIP: Oak Brook, Illinois 60523 <br> Telephone: 708-447-4300 <br> ☐ See attached for additional Plaintiff/Petitioner contact information |
| In 3, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form. | **3. Contact information for the Defendant/Respondent:** <br> Name *(First, Middle, Last):* CT Corporation System <br> Street Address, Apt #: 208 S. LaSalle Street, Suite 814 <br> City, State, ZIP: Chicago, Illinois 60604 <br> Telephone: 312-263-1414 <br> ☐ See attached for additional Defendant/Respondent contact information |

| | |
|---|---|
| **Important Information for the person receiving this form:** | You have been sued. <br> Follow the instructions on the next page on how to appear/answer. <br> • If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking. <br> • Your written appearance/answer must be filed on time and in the proper form. <br> • Forms for a written appearance/answer are available here: <br> http://www.illinoiscourts.gov/forms/approved/default.asp <br> If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees.* <br> You should read all of the documents attached. |

| | |
|---|---|
| In 4, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/Respondent must file their response. | **4. Instructions for person receiving this form (Defendant/Respondent):**<br>To respond to this *Summons* you must:<br>☐ Go to court:<br>　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>　Address: _____ Court Room: _____<br>　City, State, ZIP: _____<br><br>☐ File a written *Appearance* and *Answer/Response* with the court:<br>　On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>　Address: _____<br>　City, State, ZIP: _____<br><br>☑ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").<br>　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>　Address: _____<br>　City, State, ZIP: _____ |

7/27/2022 6:03 PM IRIS Y. MARTINEZ

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** _____<br><br>**Clerk of the Court:** _____<br><br>*Seal of Court* |

| | |
|---|---|
| **STOP!** The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of its date, listed above.**<br><br>Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)* |

| | |
|---|---|
| **Plaintiff/Petitioner:** | To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process. |

| | |
|---|---|
| **Attention:** | E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. |

**EXHIBIT C**

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>__Cook__ COUNTY | **AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION** | *For Court Use Only* |
|---|---|---|
| **Instructions**<br>Enter above the county name where the case was filed.<br><br>Enter your name as Plaintiff/Petitioner.<br><br>Enter the name of the person you are suing as Defendant/Respondent.<br><br>Enter the Case Number given by the Circuit Clerk. | Therese Giampetro<br>**Plaintiff / Petitioner** *(First, middle, last name)*<br><br>v.<br><br>Target Corporation d/b/a Target Store-2081<br>**Defendant / Respondent** *(First, middle, last name)* | 2022 L 064009<br>**Case Number** |

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

| DO NOT complete this section. The sheriff will complete it. | **My name is** _____ **and I swear under oath**<br>*First, Middle, Last*<br>**that I served the *Summons* and Complaint/Petition on the Defendant/Respondent**<br><br>_____ **as follows:**<br>*First, Middle, Last* |
|---|---|

☐ Personally on the Defendant/Respondent:
Male: ☐   Female: ☐   Approx. Age: _____   Hair Color: _____
Height: _____   Weight: _____
On this date: _____   at this time: _____   ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

☐ At the Defendant/Respondent's home:
On this date: _____   at this time: _____   ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
Male: ☐   Female: ☐   Approx. Age: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____, 20 _____.

☐ On the Corporation's agent, _____
*First, Middle, Last*
On this date: _____   at this time: _____   ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

**EXHIBIT C**

| DO NOT complete this section. The sheriff, or private process server will complete it. | **By:** _____ *Signature* _____ *Print Name* | **FEES** By certified/registered $ _____ Service and Return $ _____ Miles: _____ $ _____ Total $ _____ |
|---|---|---|

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Cook COUNTY | SUMMONS | For Court Use Only<br>FILED<br>7/27/2022 6:03 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2022L064009<br>Calendar, L<br>18851697 |
|---|---|---|
| **Instructions ▼**<br>Enter above the county name where the case was filed. | Therese Giampetro<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>Target Corporation d/b/a Target Store-2081 | 2022 L 064009 |
| Enter the Case Number given by the Circuit Clerk. | **Defendant / Respondent** *(First, middle, last name)* | **Case Number** |

| | | |
|---|---|---|
| In 1, if your lawsuit is for money, enter the amount of money you seek from the Defendant/ Respondent. | 1. | **Information about the lawsuit:**<br>Amount claimed: $ 100,000.00 |
| In 2, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form. | 2. | **Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last)*: Frank J. Del Medico, Esq.<br>Street Address, Apt #: 2625 West Butterfield Road, Suite 138S<br>City, State, ZIP: Oak Brook, Illinois 60523<br>Telephone: 708-447-4300<br>☐ See attached for additional Plaintiff/Petitioner contact information |
| In 3, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form. | 3. | **Contact information for the Defendant/Respondent:**<br>Name *(First, Middle, Last)*: CT Corporation System<br>Street Address, Apt #: 208 S. LaSalle Street, Suite 814<br>City, State, ZIP: Chicago, Illinois 60604<br>Telephone: 312-263-1414<br>☐ See attached for additional Defendant/Respondent contact information |

| **Important Information for the person receiving this form:** | You have been sued.<br>Follow the instructions on the next page on how to appear/answer.<br>• If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking.<br>• Your written appearance/answer must be filed on time and in the proper form.<br>• Forms for a written appearance/answer are available here: http://www.illinoiscourts.gov/forms/approved/default.asp<br>If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees*.<br>You should read all of the documents attached. |
|---|---|

SU-S 1503.1          Page 1 of 4          **EXHIBIT C** (09/18)

| | 4. Instructions for person receiving this form (Defendant/Respondent): |
|---|---|
| In 4, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/Respondent must file their response. | To respond to this *Summons* you must:<br><br>☐ Go to court:<br>　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>　Address: _____ Court Room: _____<br>　City, State, ZIP: _____<br><br>☐ File a written *Appearance* and *Answer/Response* with the court:<br>　On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>　Address: _____<br>　City, State, ZIP: _____<br><br>☑ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").<br>　On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.<br>　Address: _____<br>　City, State, ZIP: _____ |

7/27/2022 6:03 PM IRIS Y. MARTINEZ

| | | |
|---|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** _____<br><br>**Clerk of the Court:** _____ | *Seal of Court*<br><br>(Seal: Circuit Court of Cook County, Illinois) |

| | |
|---|---|
| **STOP!** The officer or process server will fill in the Date of Service. | This *Summons* must be served within 30 days of its date, listed above.<br><br>Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)* |

| | |
|---|---|
| **Plaintiff/Petitioner:** | To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process. |

| | |
|---|---|
| **Attention:** | E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp. or talk with your local circuit clerk's office. |

**EXHIBIT C**

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT <br> Cook COUNTY | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|
| **Instructions** <br> Enter above the county name where the case was filed. | Therese Giampetro <br> **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the name of the person you are suing as Defendant/Respondent. | v. <br> Target Corporation d/b/a Target Store-2081 <br> **Defendant / Respondent** *(First, middle, last name)* | 2022 L 064009 <br> **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | | |

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

| DO NOT complete this section. The sheriff will complete it. | My name is _____ and I swear under oath <br> *First, Middle, Last* <br> that I served the *Summons* and Complaint/Petition on the Defendant/Respondent <br><br> _____ as follows: <br> *First, Middle, Last* |
|---|---|

☐ Personally on the Defendant/Respondent:
Male: ☐   Female: ☐   Approx. Age: _____   Hair Color: _____
Height: _____   Weight: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

☐ At the Defendant/Respondent's home:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
Male: ☐   Female: ☐   Approx. Age: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
*First, Middle, Last*
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

**EXHIBIT C**

Enter the Case Number given by the Circuit Clerk: 2022 L 064009

| DO NOT complete this section. The sheriff, or private process server will complete it. |

**By:**

_____
*Signature*

_____
*Print Name*

**FEES**
By certified/registered   $ _____
Service and Return        $ _____
Miles: _____            $ _____
Total    $ _____

Law Division initial Case Management Dates will be heard via ZOOM.
or more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
emote Court date: 9/20/2022 9:30 AM

FILED
7/12/2022 11:31 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L064009
Calendar, L
18632603

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION
FOURTH MUNICIPAL DISTRICT

| | |
|---|---|
| THERESE GIAMPIETRO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: |
| ) | |
| TARGET CORPORATION doing business ) | |
| as TARGET STORE T-2081 ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, THERESE GIAMPIETRO (hereinafter referred to as the "Plaintiff"), by and through her attorney, FRANK J. DEL MEDICO, LTD., and in complaining of the Defendant, TARGET CORPORATION doing business as TARGET STORE T-2081 (hereinafter referred to as the Defendant"), states as follows:

1. Plaintiffs resides in Riverside, Cook County, Illinois..

2. At all relevant times, Defendant, TARGET CORPORATION, is a foreign business corporation doing business in Illinois with its registered agent being CT Corporation System located at 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604.

3. Defendant operates Target Store T-2801 located at 800 Broadview Village Square, Broadview, Illinois (hereinafter referred to as the "Broadview Target Store").

4. On or about July 15, 2020, Plaintiff was lawfully shopping at the Broadview Target Store when she slipped and fell in a puddle of water near refrigeration equipment in the dairy isle of the store sustaining injuries to her body.

5. Plaintiff was thereafter taken by ambulance to the emergency room at Loyola Hospital.

1

EXHIBIT C

## COUNT I - (Negligence)

6. Plaintiff incorporates and re-alleges herein for Count I paragraphs 1-5 as if fully set forth herein for paragraph 6.

7. At all times relevant herein, Defendants, by its agents and employees, had a duty to:

   a. Maintain and keep the premises in a safe condition and free and clear of dangerous and unsafe conditions;

   b. Maintain and keep the premises in a safe condition so that its guests could move about the premises safely;

   c. Inspect the premises in order to keep it free and clear from unsafe and dangerous conditions;

   d. Repair the premises and its equipment in order to keep it free and clear from unsafe and dangerous conditions;

   e. Supervise its agents and employees in such a manner that the premises were maintained in a safe condition.

8. Defendant, by its agents and employees, were guilty of one or more of the following negligent acts or omissions by failing to:

   a. Maintain and keep the premises in a safe condition and free and clear of dangerous and unsafe conditions;

   b. Maintain and keep the premises in a safe condition so that its guests could move about the premises safely;

   c. Inspect the premises in order to keep it free and clear from unsafe and dangerous conditions;

EXHIBIT C

d.  Repair the premises and its equipment in order to keep it free and clear from unsafe and dangerous conditions;

e.  Supervise its agents and employees in such a manner that the premises were maintained in a safe condition.

9. As a direct and proximate cause of the carelessness, omissions, and negligence of Defendant's acts and/or omissions, or its agents and employees, Plaintiff suffered, and continues to suffer, from economic damages and non-economic damages from physical injuries, pain and suffering, mental anguish, and emotional distress.

WHEREFORE, Plaintiff, THERESE GIAMPIETRO, respectfully prays that this honorable court enter judgment in her favor on Count I in excess of $100,000.00 against Defendant, TARGET CORPORATION doing business as TARGET STORE T-2081, named herein, court costs, and for further relief that this court deems just and equitable under the circumstances.

## COUNT II (Premises Liability)

10. Plaintiff incorporates and re-alleges paragraphs 1 thru 9 of Count I as and for paragraphs 1 thru 9 of Count II as if fully set forth herein.

11. Through the exercise of reasonable care, Defendant should have known or discovered the unreasonably dangerous condition.

12. In the alternative, through the exercise of reasonable care, Defendant, its agents and/or employees, should have known about the unsafe dangerous condition.

13. Defendant, its agents and/or employees, should have known or discovered the unreasonably dangerous conditions and protected Plaintiff from the danger.

EXHIBIT C

14. As a direct and proximate cause of the carelessness, omissions, and negligence of Defendants' acts and/or omissions, or its agents and employees, Plaintiff-Isolda suffered, and continues to suffer, from economic damages and non-economic damages from physical injuries, pain and suffering, mental anguish, and emotional distress.

WHEREFORE, Plaintiff, THERESE GIAMPIETRO, respectfully prays that this honorable court enter judgment in her favor on Count I in excess of $100,000.00 against Defendant, TARGET CORPORATION doing business as TARGET STORE T-2081, named herein, court costs, and for further relief that this court deems just and equitable under the circumstances.

Respectfully Submitted,

By: _____
Plaintiffs' Attorneys

ATTORNEY #37503
FRANK J. DEL MEDICO, LTD.
FRANK J. DEL MEDICO, ESQ.
2625 WEST BUTTERFIELD ROAD
OAK BROOK, ILLINOIS 60523
DIRECT LINE: 708-447-4300
FJDELMEDICOLAW@YAHOO.COM

4

EXHIBIT C

## AFFIDAVIT OF DAMAGES

Pursuant to Illinois Supreme Court Rule 222(B), Plaintiffs certify that plaintiff seeks money damages in excess of $50,000.00. Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement set forth in this Affidavit are true and correct.

FURTHER AFFIANT SAYETH NOT.

*Therese Giampietro*
Therese Giampietro

ATTORNEY #37503
FRANK J. DEL MEDICO, LTD.
FRANK J. DEL MEDICO, ESQ.
2625 WEST BUTTERFIELD ROAD
OAK BROOK, ILLINOIS 60523
DIRECT LINE: 708-447-4300
FJDELMEDICOLAW@YAHOO.COM

EXHIBIT C